THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LYNCH, Appellant. [954 NYS2d 457]

Concur—Tom, J.P., Mazzarelli, Moskowitz, Abdus-Salaam and Feinman, JJ.